# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1901

———————————————

DAVID BROOME,

Appellant,

v.

VALORIE BROOME,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

January 28, 2019

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jason K. Hutchinson of Hutchinson Law, Jacksonville, for Appellant.

No appearance for Appellee.